AO91 (Rev. 12/03)  Criminal Complaint                                                                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
             **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:16-po-03762

Luis Gerardo BALTAZAR-Resendiz
IAE A206 890 721
Mexico 1995

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 03, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Luis Gerardo BALTAZAR-Resendiz was encountered by Border Patrol Agents near Hidalgo, Texas on August 3, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on August 3, 2016 by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Conrow, Derek T.  Border Patrol Agent
Signature of Complainant

Conrow, Derek T.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 04, 2016                                                           at   McAllen, Texas
Date                                                                              City/State

Dena H Palermo          United States Magistrate Judge
Name of Judge                  Title of Judge                                   Signature of Judge